**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

| | |
|---|---|
| BOBBY LITTLE | CIVIL ACTION NO. 26-0630 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| LIFESHARE BLOOD CENTERS | MAGISTRATE JUDGE HORNSBY |

**<u>ORDER</u>**

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 12, the defendant's partial motion to dismiss, Record Document 7, plaintiff's response to partial motion to dismiss, Record Document 11, together with the written objections, as well as the response in opposition to the objections, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein.

In his objection to the Report and Recommendation regarding his intentional infliction of emotional distress claim ("IIED claim"), the plaintiff asserts that the Court should consider that his supervisor "is a pastor at [a Baptist church], and he used his pastoral role to gain the trust of employees…." Record Document 13 at 2. The plaintiff further details how the supervisor's conduct was more egregious considering this position. *Id.* at 2-3. The Court disagrees. Even if this additional information was included in the complaint, the alleged conduct does not support an IIED claim. *See White v. Monsanto Co.*, 585 So.2d 1205, 1209 (La. 1991) (The conduct

complained of must be "so outrageous in character, and so extreme in degree, as to go beyond all possible bounds of decency, and to be regarded as atrocious and utterly intolerable in a civilized community."). Accordingly,

**IT IS ORDERED** that defendant Lifeshare Blood Center's partial motion to dismiss, Record Document 7, is **GRANTED.** Plaintiff's ADA and ADEA claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claim for intentional infliction of emotional distress is **DISMISSED WITH PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 8th day of May, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE